```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DOUGLAS STRONG,                                                          JUDGMENT
                                                                         09-CV- 3522 (ARR)
                              Petitioner,

    -against-


HARRY LAPIN, DIRECTOR OF THE FEDERAL
BUREAU OF PRISONS, CAMERON LINDSAY,
WARDEN OF MDC BROOKLYN,


                              Respondents.
-------------------------------------------------------------------X
```

An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been been filed on January 15, 2010, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated November 9, 2009, after a *de novo* review of the record; and denying the petition for a writ of mandamus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; and that the petition for a writ of mandamus is denied.


Dated: Brooklyn, New York
       January 15, 2010
                                                        /S/
                                              ROBERT C. HEINEMANN
                                              Clerk of Court